UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6698**

---

RAYMOND EUGENE LEACH,

Plaintiff - Appellant,

versus

RON S. WHITAKER; BOYD BENNETT; MICHAEL YORK;
LYNN C. PHILLIPS; MILTON BRISCOE; MIKE
O'BRIEN; VICK HAYNES; LINDA MCFADDER; WILLIE
EDLEY; VAN PENNIGER; JOHN WATKINS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-95-503-5-BO)

---

Submitted: September 5, 1996     Decided: September 17, 1996

---

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Raymond Eugene Leach, Appellant Pro Se. Mark John Pletzke, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Leach v. Whitaker</u>, No. CA-95-503-5-BO (E.D.N.C. Apr. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>